Burton HETHERINGTON, Julian Milewski, David Zienkiewicz, Cynthia Zienkiewicz, Jason Milewski, Peggy Forgotch, Joseph Clews, Kelly Moran, David Seresky, Grace Glowacki, Charles Hampton, Anna Mae Hampton, John Anczarski, Joseph Clews, Raymond Smith, Cynthia Smith, David Hampton, Lynn Lentes, Debra Hampton, John Uroskie, David Banning, Robert Wise, Barbra Wise, Dale Kimmel, Lena Kimmel, John Rumbel, Michelle Rumbel, Cathy Shoup, Roger Shoup, Raymond Mishlanie, Carol Mishlanie, Debra Grow, Robert O. Ororco, Albert Breznik, Jr., Leon Trusky, Haley Dunlap, Mary Anczarski, Leon Lowandowski, Nancy Stauffer, David Briggs, Edward Glembockie, Margret Hunsinger, James Ambrose, Susan Briel, Eileen Teeter, Dennis Teeter, Mary Milosh, Melissa McGruffie, Bobbie Jo Edmonson, Edward Sanchez, Joseph E. Faust, Jr.

v.

William ROGERS, President, NSSB, Jane Rapant, Vice President, NSSB, Christine Heyer, Treasurer, NSSB, Robert Wetzel, Former President, NSSB, Phil Rapant, Robert Orth, John Motsney, Edward Balkiewicz, John Misiewicz, and Attorney Mark Semanchik.

Petition of William Rogers, Jane Rapant, Christine Heyer, Robert Wetzel, Phil Rapant, Edward Balkiewicz, John Motsney, and Attorney Mark Semanchik.

Supreme Court of Pennsylvania.

July 28, 2011.

*ORDER*

Hampton, John Uroskie, David Banning, Robert Wise, Barbra Wise, Dale Kimmel, Lena Kimmel, John Rumbel, Michelle Rumbel, Cathy Shoup, Roger Shoup, Raymond Mishlanie, Carol Mishlanie, Debra Grow, Robert O. Ororco, Albert Breznik, Jr., Leon Trusky, Haley Dunlap, Mary Anczarski, Penny Brouse, Robert Wollyung, Leon Lowandowski, Nancy Stauffer, David Briggs, Edward Glembockie, Margret Hunsinger, James Ambrose, Susan Briel, Eileen Teeter, Dennis Teeter, Mary Milosh, Melissa McGruffie, Bobbie Jo Edmonson, Edward Sanchez, and Joseph E. Faust, Jr.

v.

William ROGERS, President, NSSB, Jane Rapant, Vice President, NSSB, Christine Heyer, Treasurer, NSSB, Robert Wetzel, Former President, NSSB, Phil Rapant, Robert Orth, John Motsney, Edward Balkiewicz, John Misiewicz, And Attorney Mark Semanchik.

**Petition of John Misiewicz.**

Supreme Court of Pennsylvania.

July 28, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 28th day of July 2011, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

a. Whether the decision of the Commonwealth Court removing John Misiewicz from his elected position as school board director is contrary to prior decisions of this Court which hold that (1) clear proof of a mandatory statutory duty is required before an elected school board member can be removed from office pursuant to 24 P.S. § 3–318 and (2) a finding that an elected school board member discharged his duties in a careless, unwise or negligent manner is insufficient to support an action for removal from office.